

granted. The decision of the United States Navy-Marine Corps Court of Criminal Appeals and the action of the convening authority are hereby set aside. The case is returned to the Judge Advocate General of the Navy for submission to an appropriate convening authority for a new post-trial review and action.

No. 12–0203/AR. U.S. v. Jacob A. Racine. CCA 20100021. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 26, 2012.

Misc. No. 12–8008/AR. Julian Assange, and Wikileaks, Appellants v. United States of America and Lieutenant Colonel Paul Almanza, Appellees. CCA 20111146. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above-referenced case, and that Senior Judge Effron has consented to perform judicial duties in said case under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 12–0066/AF. U.S. v. Charles W. Caley, Jr. CCA 37573. Appellee's motion to submit documents is denied.

Monday, January 9, 2012

12–081

## PETITIONS FOR GRANT OF REVIEW DENIED

No. 12–0066/AF.  U.S. v. Charles W. Caley, Jr.   CCA 37573.

No. 12–0188/AR.  U.S. v. Nicholas M. Dew.   CCA 20110307.

## PETITIONS FOR GRANT OF REVIEW FILED

No. 11–0420/AR.  U.S. v. Cody T. Smith.   CCA 20100646.*

No. 12–0235/AF.  U.S. v. Dylan D. Donaldson.   CCA S31929.

No. 12–0236/NA.  U.S. v. Tyler M. Rossman.   CCA 201100186.

No. 12–0237/AR.  U.S. v. Scott H. Rosica.   CCA 20110222.

No. 12–0238/AF.  U.S. v. Jessica C. Cottrill.   CCA S31931.

No. 12–0239/AF.  U.S. v. Lawrence L. Harris, II.   CCA S31850.

No. 12–0240/AF.  U.S. v. Kevin J. Curtis.   CCA 37926.

## MISCELLANEOUS DOCKET—FILINGS

Misc. No. 12–8011/AR.   Charles Graner, Jr., Appellant v. United States, Appellee. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 12–0234/AF.   U.S. v. Jason W. Terwilliger.   CCA S31840.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 26, 2012.

---

* Second petition filed in this case.